AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

SEALED

United States of America
v.
Hurie E. Bodye, Et al.

Defendant

14-2187-GarbeR

Case: 1:11-cr-00110
Assigned To : Bates, John D.
Assign. Date : 11/8/2013
Description: SUPERSEDING INDICTMENT (B)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   HURIE E. BODYE, aka "Big Boy" and "Sean"                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine On Board an Aircraft REgistered in the United States, in violation of 21 U.S.C. §§ 959(b),960, 963.
Count 2: Possess with Intent to Distribute Five Kilograms or More of Cocaine On Board an Aircraft Registered in the United States, in violation of 21 U.S.C. §§ 959(b),960.

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By _Melinda L. Pugh_
Deputy Clerk

Date: 11/08/2013

City and state:   Washington, D.C.

_Issuing officer's signature_

Magistrate Judge Alan Kay
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |

**SUPERSEDING SEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 9, 2012

SECOND SUPERSEDING INDICTMENT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. CR-11-110 (JDB) |
| v. ) | |
| ) | VIOLATIONS: |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ) | |
| ) | 21 U.S.C. §§ 959(b), 960, 963 |
| ) | (Conspiracy to Distribute and Possess |
| ) | with Intent to Distribute Five Kilograms |
| ) | or More of Cocaine On Board an |
| ) | Aircraft Registered in the United States) |
| ) | 21 U.S.C. §§ 959(b), 960 |
| ) | (Possess with Intent to Distribute Five |
| ) | Kilograms or More of Cocaine On |
| HURIE E. BODYE (7) ) | Board an Aircraft Registered in the |
| a.k.a. "Big Boy," ) | United States) |
| a.k.a. "Sean," ) | |
| ) | 18 U.S.C. § 2 |
| ) | (Aiding and Abetting) |
| ) | |
| ) | 21 U.S.C. § 853 |
| ) | 21 U.S.C. § 970 |
| ) | (Forfeiture) |
| ) | |
| ) | Case: 1:11-cr-00110 |
| ) | Assigned To : Bates, John D. |
| ) | Assign. Date : 11/8/2013 |
| ) | Description: SUPERSEDING INDICTMENT (B) |
| Defendants. ) | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

FILED IN OPEN COURT

NOV - 8 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

1

## COUNT ONE

From in or about 2009, and continuing thereafter up to and including the date of the filing of this Second Superseding Indictment, the exact dates being unknown to the Grand Jury, in the Bahamas, the Dominican Republic, Honduras, Venezuela, and elsewhere, the Defendants JOSE ANTONIO CONTRERAS-REYES, a.k.a "Pepe," a.k.a. "El Viejo," a.k.a. "PP" (not indicted herein), ███████████████████████████ " MIGUEL ANTONIO ROSA-URENA, a.k.a. "El Gato" (not indicted herein), Karen Major (not indicted herein), REGINA DOMENECH, a.k.a "Gina" and "La Nena" (not indicted herein), ██████ ████████████████████████ HURIE E. BODYE, a.k.a. "Big Boy" and "Sean," ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████," and others known and unknown to the Grand Jury, did knowingly, willfully, and intentionally combine, conspire, confederate, and agree to commit the following offense against the United States: to knowingly and intentionally, distribute and possess with intent to distribute, on board an aircraft registered in the Unites States, five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 959(b) and 960(b)(1)(B)(ii); all in violation of Title 21, United States Code, Sections 963, and Title 18, United States Code, Section 2.

> (Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine On Board an Aircraft Registered in the United States, in violation of Title 21, United States Code, Sections 959(b), 960, and 963, and Title 18, United States Code, Section 2)

## COUNT TWO

On or about May 22, 2010, in Venezuela and Honduras, and elsewhere, the defendants

2

JOSE ANTONIO CONTRERAS-REYES, a.k.a. "Pepe," a.k.a. "El Viejo," a.k.a. "PP" (not indicted herein), MIGUEL ANTONIO ROSA-URENA, a.k.a. "El Gato" (not indicted herein), Karen Major (not indicted herein), REGINA DOMENECH, a.k.a. "Gina" and "La Nena" (not indicted herein), ▌ HURIE E. BODYE, a.k.a. "Big Boy" and "Sean," ▌ ▌ ▌ and others known and unknown to the Grand Jury, did knowingly, willfully, and intentionally, possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, on board an aircraft registered in the United States, in violation of Title 21, United States Code, Sections 959(b) and 960(b)(1)(B)(ii), and Title 18, United States Code, Section 2.

> (Possess with Intent to Distribute Five Kilograms or More of Cocaine On Board an Aircraft Registered in the United States, in violation of Title 21, United States Code, Sections 959(b) and 960, and Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATION

Upon conviction of the criminal violations alleged in Count One (with respect to defendants JOSE ANTONIO CONTRERAS-REYES, a.k.a "Pepe," a.k.a. "El Viejo," a.k.a. "PP," ▌ MIGUEL ANTONIO ROSA-URENA, a.k.a. "El Gato," REGINA DOMENECH, a.k.a "Gina" and "La Nena", and ▌," HURIE E. BODYE, a.k.a. "Big Boy" and "Sean," ▌ ▌ ▌ and Count Two (with respect to defendants JOSE ANTONIO CONTRERAS-REYES, a.k.a "Pepe," a.k.a. "El Viejo,"

3

a.k.a. "PP," MIGUEL ANTONIO ROSA-URENA, a.k.a. "El Gato," REGINA DOMENECH, a.k.a. "Gina" and "La Nena," ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ HURIE E. BODYE, a.k.a. "Big Boy" and "Sean," ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as named in the respective counts of the Second Superseding Indictment:

(1) Shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all respective right, title or interest which such defendants may have in:

   (a) any and all money and/or property constituting, or derived from, any proceeds which such defendants obtained, directly or indirectly, as the result of the violations alleged in Counts One and Two of this Second Superseding Indictment; and

   (b) any and all property used, in any manner or part, to commit, or to facilitate the commission of, the violations alleged in this Superseding Indictment.

(2) If any of said forfeitable property, as a result of any act or omission of the defendants --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

4

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property. Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970.

(Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970)

A TRUE BILL:

_____
FOREPERSON

_____
ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

By: _____Paul W. Laymon_____
Paul W. Laymon
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530
(202) 514-1286 (phone)
paul.laymon@usdoj.gov

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By _Melinda L. Pugh_
Deputy Clerk

5